# UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FIRST AVENUE FUNDING, LLC**<br>Plaintiff | )<br>)<br>) | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |
| v. | )<br>) | [Local Civil Rule 6.1(b)] |
| **FREDERICK LARCOMBE**<br>Defendant | )<br>) | **Civil Action Case Number:**<br>3:25-CV-01788-MAS-JBD |

Application is hereby made for a Clerk's Order extending time within which defendant, Frederick Larcombe, may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1) No previous extension has been obtained;

2) Service of Process was effected on March 12, 2025; and

3) Time to Answer, Move, or otherwise Reply expires on April 3, 2025.

*[signature]*
Frederick Larcombe, Pro Se
107 Mill Pond Road
Belle Mead, NJ 08502
609-802-6466
frederick@larcombe.us

## ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move, or otherwise reply is extended to _____

ORDER DATED: _____

By: _____
Deputy Clerk